IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUALITY VALUE MART INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 24-CV-02124-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 24, 2025 (Doc. 40), this action is **DISMISSED with prejudice**.

**DATED: November 24, 2025**

                                              MONICA A. STUMP,
                                              Clerk of Court


                                          By: *s/ Jackie Muckensturm*
                                                      Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                  STEPHEN P. MCGLYNN
                  U.S. District Judge